UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 09-21044-CIV-HUCK/O'SULLIVAN

MARIA ZACARIAS,
    Plaintiff,
vs.

HANJIN SHIPPING COMPANY, LTD.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Paul C. Huck, United States District Judge, for a settlement conference to be conducted by the undersigned. Having been advised that the parties have reached a settlement, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Tuesday, June 9, 2009** at **2:30 p.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties are permitted to appear by telephone.**

**DONE AND ORDERED** in chambers at Miami, Florida this **9th** day of June, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel of record